**Sydel Finfer, a Minor, by her Father and Next Friend, Joseph Finfer, Appellant, v. Jennie Turek, Appellee.**

**Gen. No. 45,392.**

David Chaimovitz, for appellant; Clausen, Hirsh & Miller, for appellee. Opin-

ion by Presiding Justice Tuohy. Not to be published in full. Opinion filed April 1, 1952; rehearing denied April 14, 1952; released for publication May 23, 1952.

